NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NXP USA, INC.,**
*Appellant*

**v.**

**NFC TECHNOLOGY, LLC,**
*Appellee*

---

2018-1138

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00692.

---

## JUDGMENT

---

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellant. Also represented by MARK D. ROWLAND, JAMES LAWRENCE DAVIS, JR., DANIEL W. RICHARDS, East Palo Alto, CA.

DANIEL C. TUCKER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by FRANK A. DECOSTA, III, YANBIN XU, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2019        /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court